# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

07-CV-02051

Jonathan Lee Riches,
Plaintiff

Civil No. _____

v.

TIMOTHY JAMES MCVEIGH,
TERRY LYNN NICHOLS,
DEFENDANTS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 - 2007

GREGORY C. LANGHAM
CLERK

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 24 2007

GREGORY C. LANGHAM
CLERK

## Complaint
## "BLOWING UP MY LIFE"
## "TRO TEMPORARY RESTRAINING ORDER"

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to issue a TRO Temporary Restraining Order against Defendant's and the Bureau of Prisons preventing Terry Nichols from transferring to FCI Williamsburg. Plaintiff prays for relief.

### 1

Defendants McVeigh and Nichols failed to Notify me before my Feb 25th, 2003 arrest that the Federal Government will violate my 6th amendment rights under Booker and Fan Fan. They had a responsibility and duty to Notify me how the Department of Justice worked. Defendants are Just as Guilty as New Orleans Mayor RAY NAGIN. NAGIN knew Katrina was going to do damage, but he failed to warn the city Residents.
Defendants did not warn me about the injustice, If they did, I would not be in Prison, Nor would I be writing Celebrity Lawsuits against Americans who Pay federal tax money to support my illegal incarceration.

2

Title 18 of the criminal code (Public Law 80-772) is unconstitutional. The clerk of the House of representatives, Jeff Trandahl, refused to sign letters in response to requests for information. Finally, a letter was recieved from the clerk of the House, Trandahl, in which he admitted that Public Law 80-772 was passed by the House in 1947, but was never voted on again by the House in 1948. (Even though the Senate amended it in 1948). Therefore, a different bill passed the House in 1947 then passed the Senate in 1948, rendering it unconstitutional and void. Further research showed approximately 9 constitutional flaws in the bill, any one of which rendered it void. When any form of the argument was presented to the district Courts, they tried to dodge the issue or deferred it to a magistrate (who has no constitutional authority) to avoid it.

It appears that the issue of the validity of Title 18 of the criminal code and 18 USC 3231 is still in question.

Defendants are responsible for title 18 USC 3231 being unconstitutional

3

Since 1995, Defendants are responsible for metal detectors at Courthouses
Since 1996, Defendants are responsible for a limit on the Amount of fertilizer American farmers can purchace
Since the Anti-Terrorism and Effective Death Penalty Act (AEDPA) that Defendant's actions created, Defendants are responsible for higher sentencing guidelines, fear with the public, violations of my 6th amendment rights. The Government used Defendants as patsy's programming their minds to blow up Buildings to Justify New World order that is effecting my current sentence and shaking my head violently. I throw up 10 times a day Because Defendants and the Federal Sentencing guidelines are attacking my freedom Like cancer.

PAGE 3.
Riches v. Mcveigh

4

Defendants actions in Oklahoma are responsible for national tougher gun Laws that Effected my credit and Identity theft. Because of Defendants, Jon swartz of USA today provided cho with the credit card under my credit for cho to purchase the hand gun that shot virginia Tech. If it was not for Defendants, cho could of went to WALmart who discriminates against Blind deaf workers, and purchased a hand gun there, instead of Jon swartz not giving cho a credit card under my credit that effected my credit scores with transunion.

Defendants started the Patriot act. Defendants sent subliminal messages on Sep.11, 2001 to Jose Padilla and Jonathan Jay Pollard to tweak bridge cables at I-35 west to for the Mike Tyson Attack on me in Iowa.

### TRO Temporary Restraining order

Plaintiff Moves this Court to issue a Restraining order Against Terry Nichols. Nichols plans to transfer to FCI williamsburg under Michael vicks orders to meat hook me to the stone Age 1088 B.C with South Carolina Confederates Loyal to Strom thurmond. I'm so scared of Defendant Nichols that I only carry Pennies and dimes instead. Nichols also set up Richard Kimball to Kill his wife. I also Move for gPs drone fighting forces to guard Mcveighs grave in case he rerises like the messiah and Play games with me like Patrick swaze did to Demi moore in GHost. Plaintff prays for relief and protection.

Respectfully submitted

Jonathan Lee Riches
#40948-018
FCI williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Jonathan Lee Riches

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
20 SEP 2007 PM 1 L

United States District Court
District of COLORADO
Alfred A. Arraj Federal Building
901 - 19th st
Denver, CO 80294

80294+2300