IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 8 - 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02051-BNB

JONATHAN LEE RICHES,

      Plaintiff,

v.

TIMOTHY JAMES MCVEIGH, and
TERRY LYNN NICHOLS,

      Defendants.

## ORDER OF DISMISSAL

Plaintiff, Jonathan Lee Riches, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution – Williamsburg, in Salters, South Carolina. He initiated this action by submitting to the Court *pro se* documents titled "Application to Proceed Without Prepayment of Fees and Affidavit" and "Complaint 'Blowing Up My Life' 'TRO Temporary Restraining Order.'" The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on October 1, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Riches to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The October 1, 2007, order pointed out that Mr. Riches failed to submit a certified copy of his trust fund account statement for the six-month period immediately proceeding this filing. The order also pointed out that the complaint was not submitted on the proper, Court-approved form. The order warned Mr. Riches that if he failed to

cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice.

Mr. Riches has failed to respond to the October 1, 2007, order or otherwise to communicate with the Court in any way. Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The October 1, 2007, order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. Mr. Riches, therefore, has failed to cure the deficiencies listed in the October 1 order within the time allowed. The complaint and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied.

DATED at Denver, Colorado, this 7 day of Nov., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02051-BNB

Jonathan L. Riches
Reg. No. 40948-018
FCI - Williamsburg
PO Box 340
Salters, SC 29590

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  11/8/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk